

Cynthia S. Betz
Associate
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

November 11, 2019

VIA ECF

Hon. Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Horizon Pharma., Inc., et al. v. Dr. Reddy's Laboratories Ltd., et al.*, Civil Action No. 15-3324 (SRC) (CLW)

Dear Judge Waldor:

We represent Plaintiffs in this matter and write on behalf of all parties to request the Court extend the deadlines to provide redacted copies of materials filed under seal in connection with Plaintiffs' Motion for a Preliminary Injunction (D.E. 232).

Due to the significant volume of confidential materials referenced in Plaintiffs' brief and supporting documents filed yesterday, as well as what we believe will be included with Defendants' opposition and Plaintiffs' reply, we anticipate it will take a significant amount of time for the parties to confer, as required under Local Rule 5.3(c), to narrow the information that ultimately will be the subject of a motion to seal. Therefore, we respectfully request the Court permit the parties to file redacted copies of materials filed under seal in connection with Plaintiffs' motion at the time the motion to seal on the briefing is filed.

If this request is agreeable to the Court, we ask that this letter be endorsed "So Ordered" and placed on the docket. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ *Cynthia S. Betz*

Cynthia S. Betz

cc: All Counsel of Record (via ECF)

SO ORDERED

_____
Hon. Cathy L. Waldor, U.S.M.J.
11/19/19

ME1 31947264v.1