UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON MEDICINES LLC and NUVO PHARMACEUTICAL (IRELAND) DESIGNATED ACTIVITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES,<br><br>Defendants. | Civil Action No. 15-3324 (SRC)<br><br>ORDER<br><br>(consolidated for discovery purposes with Civil Action Nos. 16-4918, 15-3327, 16-4921, 15-3326, and 16-4920) |

**CHESLER, U.S.D.J.**

This matter having come before this Court on the motion for a preliminary injunction by Plaintiffs Horizon Medicines LLC and Nuvo Pharmaceutical (Ireland) Designated Activity Company (collectively, "Plaintiffs"); and the Court having considered the parties' submissions, and heard oral argument on the motion on December 11, 2019; and for the reasons stated in the accompanying Opinion, and good cause appearing,

**IT IS** on this 18th day of December, 2019

**ORDERED** that Plaintiffs' motion for a preliminary injunction (Docket Entry No. 232) is **DENIED**.

                                                    s/ Stanley R. Chesler
                                              STANLEY R. CHESLER, U.S.D.J.