Christopher R. Kinkade
FISHERBROYLES, LLP
100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540
Telephone: 609.415.0101
Email: christopher.kinkade@fisherbroyles.com

*Counsel for Lupin Ltd. and*
*Lupin Pharmaceuticals Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON MEDICINES LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES INC., et al., <br><br> Defendants. | Case No. 2:15-cv-03324-SRC-CLW <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM ECF NOTICES** |

PLEASE TAKE NOTICE that, pursuant to L. Civ. R. 102.1, Christopher R. Kinkade has changed law firm affiliations and no longer represents defendants Lupin Ltd. and Lupin Pharmaceuticals Inc. (collectively, "Lupin"). Accordingly, the undersigned hereby withdraws his appearance as counsel for Lupin and respectfully requests to be removed from all service lists and terminated as counsel of record in the above-captioned proceeding.

PLEASE TAKE FURTHER NOTICE that the law firm of Fox Rothschild LLP and attorneys Karen A. Confoy and Allison L. Hollows remain as counsel of record on behalf of Lupin. Therefore, this withdrawal will not prejudice any party.

WHEREFORE, the undersigned counsel provides notice of his withdrawal as counsel of record for Lupin.

                                                                                      Respectfully submitted,

Dated: December 17, 2020                 <u>*s/ Christopher R. Kinkade*</u>
                                                                           Christopher R. Kinkade
                                                                           FISHERBROYLES, LLP
                                                                           100 Overlook Center, 2nd Floor
                                                                           Princeton, New Jersey 08540
                                                                           Telephone: 609.415.0101
                                                                           Email: christopher.kinkade@fisherbroyles.com

                                                                           *Counsel for Lupin Ltd. and*
                                                                           *Lupin Pharmaceuticals Inc.*

Christopher R. Kinkade
FISHERBROYLES, LLP
100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540
Telephone: 609.415.0101
Email: christopher.kinkade@fisherbroyles.com

*Counsel for Lupin Ltd. and*
*Lupin Pharmaceuticals Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON MEDICINES LLC, et al., | Case No. 2:15-cv-03324-SRC-CLW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| DR. REDDY'S LABORATORIES INC., et al., | |
| Defendants. | |

On this 17th day of December, 2020, I caused to be served on all counsel of record a true and correct copy of the foregoing Notice of Withdrawal by Christopher R. Kinkade on behalf of defendants Lupin Ltd. and Lupin Pharmaceuticals Inc. (collectively, "Lupin") via the Court's CM/ECF system.

Respectfully submitted,

Dated: December 17, 2020      *s/ Christopher R. Kinkade*
Christopher R. Kinkade
FISHERBROYLES, LLP
100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540
Telephone: 609.415.0101
Email: christopher.kinkade@fisherbroyles.com